IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANAYA BLUIETT**,

**Plaintiff,**

**v.**

**BAYER CORPORATION, et al.,**

**Defendants.**                                              **No. 09-0626-DRH**

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's motion to consolidate instant action for purposes of discovery with companion case (Doc. 3). Specifically, Plaintiff moves to consolidate the discovery with ***Hill v. Bayer Corp., et al., 09-0567-DRH***. Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONSOLIDATES** this matter with ***Hill v. Bayer Corp. et al., 09-0567-DRH*** for only discovery purposes.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2009.

/s/   *David R. Herndon*
**Chief Judge**
**United States District Court**